UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEONARD C. DICKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CORNING INCORPORATED, | ) | 7:15-CV-45-BO |
| WILHELMENIA HARDY and | ) | |
| EDWINIA ADAMS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** as plaintiff has failed to object to the M&R made by US Magistrate Judge Robert T. Numbers on 4/24/2015, the court ADOPTS the M&R and the reasoning therein and DISMISSES plaintiff's complaint WITHOUT PREJUDICE as frivolous and for failure to prosecute.

This case is closed.

**This judgment filed and entered on August 25, 2015, and served on:**
Leonard C. Dickey (via US Mail to 1088 Summer Ridge Lane, Lawrenceville, GA 30044 and to 1033 Summer Ridge Lane, Lawrenceville, GA 30044)

August 25, 2015

JULIE RICHARDS JOHNSTON, CLERK

*Lindsay Romine*
By: Deputy Clerk